**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| DANA B. BLEVINS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 15-cv-01551-ELH |
| JACOB A. PIATT, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JACOB PIATT'S MOTION TO STRIKE IMMATERIAL, IMPERTINENT, AND SCANDALOUS ALLEGATIONS FROM PLAINTIFFS' COMPLAINT**

Defendant, Jacob A. Piatt ("Defendant" or "Mr. Piatt"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 12(f), moves this Court for an Order striking certain immaterial, impertinent, and scandalous matter from all or portions of paragraphs 14, 15, 16, and subsection "e" of paragraph 20 of the Plaintiffs' Complaint for the reasons more fully set forth in the accompanying supporting Memorandum of Law.

DATED: August 12, 2015

Respectfully submitted,

_____/s/_____
Charles L. Simmons Jr. (Bar No. 24278)
James R. Jeffcoat (Bar No.: 30105)
GORMAN & WILLIAMS
36 S. Charles Street, Suite 900
Baltimore, Maryland 21201
clsimmons@gandwlaw.com
jjeffcoat@gandwlaw.com
(410) 528-0600 telephone
(410) 528-0602 facsimile